No. 10–5179.  SHAH, FKA LINDSEY v. DELAWARE.  Sup. Ct. Del.  Certiorari denied.

No. 10–5180.  MURRAY v. LENE ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 10–5181.  WINTERS v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 10–5182.  STEGEMAN v. LILLIG.  Ct. App. Ga.  Certiorari denied.

No. 10–5184.  ROBERTS v. McCULLOCH.  C. A. 7th Cir.  Certiorari denied.

No. 10–5185.  ROBINSON v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 10–5186.  MOORE v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 10–5187.  LEWIS v. SINCLAIR, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY.  C. A. 9th Cir.  Certiorari denied.

No. 10–5188.  GONZALEZ v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 10–5189.  BLOSS v. ROZUM, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT SOMERSET, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 10–5190.  ASKINS v. NEVADA ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 10–5191.  NASUTI v. MERIT SYSTEMS PROTECTION BOARD.  C. A. Fed. Cir.  Certiorari denied.

No. 10–5192.  BENJAMIN v. GOINER ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 10–5194.  GARDUNO v. LEWIS, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 10–5197.  GALINDO v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.